IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE BEN ROBERTSON,
    Petitioner,

vs.                                              CASE NO.:  3:05cv14/MCR/MD

LUCY HADI, Secretary,
 Florida Department of Children and Families,
    Respondent.
_____/

O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 5, 2006.  The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The second amended petition for writ of habeas corpus (doc. 17) challenging petitioner's civil commitment in the case of *In Re: The Commitment of Willie Ben Robertson*, in the Circuit Court of Escambia County, Florida, case no. 02-858 is DENIED, and the clerk is directed to close the file.

    DONE AND ORDERED this 19th day of May, 2006.

                                                    s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**